BEFORE THE SECOND DIVISION, DECEMBER 15, 1943

**No. 49034.**—Protest 92648–K of Dan Brechner & Co. (New York).

Opinion by Tilson, J. The record showed that the pincushions in question are similar in all material respects to those involved in Abstract 48406, the record in which case was admitted in evidence herein. The claim at 40 percent under paragraph 923 was therefore sustained as to this item.